# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3199

_____

Anthony Umekwe,                          *
                                         *
          Appellant,                     *
                                         *   Appeal from the United States
     v.                                  *   District Court for the
                                         *   Eastern District of Arkansas.
Arkansas State Hospital,                 *
                                         *        [UNPUBLISHED]
          Appellee.                      *

_____

Submitted: February 21, 2002
Filed:  February 28, 2002

_____

Before LOKEN, BEAM, and RILEY, Circuit Judges.

_____

PER CURIAM.

Anthony Umekwe appeals from the district court's[1] adverse grant of summary judgment in his Title VII lawsuit.  The district court appointed counsel for Umekwe below, but Umekwe became dissatisfied with his attorney's performance, and sought unsuccessfully to have the district court remove him.  Umekwe now argues that the district court should have allowed him to discharge the attorney and proceed pro se, and that summary judgment was improper.  Upon our de novo review, see Stuart v. Gen. Motors Corp., 217 F.3d 621, 630 (8th Cir. 2000), we conclude that we need not

_____

[1]The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.

consider whether Umekwe was entitled to discharge his court-appointed counsel because Umekwe has failed to demonstrate how proceeding pro se would have affected the outcome of his case, see Fed. R. Civ. P. 61.

Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.